AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) | Case No.   1:21-MJ-109PAS |
| James Ward Jackson (YOB: 1955) | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    James Jackson                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography; and
18 U.S.C. § 2252(a)(2): Distribution of child pornography.

Date:     11/01/2021                                          _____
                                                                                     *Issuing officer's signature*

City and state:   **Providence, Rhode Island**              Patricia A. Sullivan, U.S. Magistrate Judge
                                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/01/2021 , and the person was arrested on *(date)* 11/02/2021<br>at *(city and state)* Cranston, RI .<br><br>Date: 11/02/2021                                    _____<br>                                                                         *Arresting officer's signature*<br><br>                                                                         James Richardson / Special Agent<br>                                                                         *Printed name and title* |