# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 1:21–mj–00109–PAS

James Ward Jackson
Defendant.

## ORDER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 5

      Pursuant to the Due Process Protections Act, Pub. L. No. 116–182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.  Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

      It is so ordered.

November 3, 2021

By the Court:

/s/ Patricia A. Sullivan
United States Magistrate Judge